Marion I. Quesenbery, Cal. SBN 072308
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
E-mail:  marion@rjlaw.com

Attorneys for Plaintiffs
DOBLER & SONS, LLC and
SLO COUNTY ORGANICS, LLC

**\*E-FILED 11-15-2010\***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOBLER & SONS, LLC and SLO COUNTY ORGANICS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA ORGANICS, LLC, <br><br> Defendant. | Case No. C10-04092 HRL <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT – REQUEST TO CONTINUE CMC AND ORDER** <br> CMC Date:  November 23, 2010 <br> CMC Time:  1:30 p.m. <br> CMC Place: Ctrm. 2, 5th Floor <br>                     San Jose |

Plaintiffs Dobler & Sons, LLC and SLO County Organics, LLC and Defendant California Organics, LLC respectfully request that the Case Management Conference ("CMC") and associated dates be continued for 60 days.  Plaintiffs and Defendant have been engaged in settlement discussions and hope to have this matter resolved within 60 days.

In light of the settlement discussions, the parties also request that the Court set the deadline for Defendant to respond to Plaintiffs' Complaint at 60 days from the date the Court enters an Order, assuming that it does, relating to this Request to Continue the CMC.

In sum, Plaintiffs and Defendant respectfully request that the Case Management Conference and associated dates be continued for 60 days to allow the parties to engage in

JOINT CMC CONF. STATEMENT – REQUEST TO CONTINUE CMC
Case No. C10-04092 HRL – Page 1

LAW OFFICES
RYNN & JANOWSKY, LLP
P.O. BOX 20799
OAKLAND, CALIFORNIA 94620
(510) 705-8894
FAX (510) 705-8737

1  settlement discussion.  In addition, the parties ask that the Court set the deadline for Defendant to

2  respond to Plaintiffs' Complaint at 60 days from the date the Court enters an Order relating to

3  this Request to Continue the CMC. .

4  Date:  November 5, 2010					RYNN & JANOWSKY, LLP

5

6

7
						By:	/s/  Marion I. Quesenbery
8
							MARION I. QUESENBERY
							Attorneys for Plaintiffs
9

10 Date:  November ___, 2010				GEORGE BRAUN

11
							_____
12							George F. Braun, Cal. State Bar #141952
							Attorney at Law
							950 25th Street, N.W., Suite 327 N.
13							Washington, D.C. 20037
							Telephone:  (619) 318-0578
14							Facsimile: (202) 965-6280
							E-mail: www.buglaw.aol.com
15
							Attorney for Defendant California Organics, LLC
16

17
   **IT  IS  SO  ORDERED.  The  Case  Management  Conference  is  continued  to**
18
   **_____, at _____ p.m., in Courtroom 2, 5th Floor, San Jose.**
19

20

21 Date:  November ____, 2010

						_____
22						            U.S. MAGISTRATE JUDGE

23

24

LAW OFFICES
RYNN & JANOWSKY, LLP
P.O. BOX 20799
OAKLAND, CALIFORNIA 94620
(510) 705-8894
FAX (510) 705-8737

JOINT CMC CONF. STATEMENT – REQUEST TO CONTINUE CMC
Case No. C10-04092 HRL – Page 2

1  settlement discussions. In addition, the parties ask that the Court set the deadline for Defendant to
2  respond to Plaintiffs' Complaint at 60 days from the date the Court enters an Order relating to
3  this Request to Continue the CMC.

4  Date: November 5, 2010                    RYNN & JANOWSKY, LLP

7                                  By:   /s/ Marion I. Quesenbery
8                                        MARION I. QUESENBERY
                                         Attorneys for Plaintiffs
9
10 Date: November 11, 2010           GEORGE BRAUN

                                    George F. Braun, Cal. State Bar #141952
                                    Attorney at Law
                                    950 25th Street, N.W., Suite 327 N.
13                                  Washington, D.C. 20037
                                    Telephone: (619) 318-0578
14                                  Facsimile: (202) 965-6280
                                    E-mail: www.buglaw.aol.com
15
                                    Attorney for Defendant California Organics, LLC
16

17
         IT IS SO ORDERED. The Case Management Conference is continued to
18
   February 15, 2011 , at   1:30   p.m., in Courtroom 2, 5th Floor, San Jose.
19
   Defendant shall answer or otherwise respond to the complaint by January 14, 2011.
20
   Date: November 15, 2010
21
                                    _____
22                                  U.S. MAGISTRATE JUDGE
                                    HOWARD R. LLOYD
23

24