UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOBLER & SONS LLC, ET AL.,<br><br>                Plaintiffs,<br>     v.<br><br>CALIFORNIA ORGANICS, LLC, ET AL.,<br><br>                Defendants.<br><br>OCEANO PACKING COMPANY, ET AL.,<br><br>                Plaintiffs<br>     v.<br><br>CALIFORNIA ORGANICS LLC, ET AL.,<br><br>                Defendants | Case No.: 10-CV-4092-LHK<br>Related Case No.: 11-CV-0529-LHK<br><br>ORDER DENYING MOTION TO SHORTEN TIME; SETTING EXPEDITED BRIEFING SCHEDULE REGARDING MOTION TO CONSOLIDATE |

       Prior to reassignment to this Court, Ocean Packing Company, LLC ("Oceano"), a plaintiff-intervenor in Case Number 10-CV-4092-LHK ("Dobler Action") and a plaintiff in the related Case Number 11-CV-0529 ("Oceano Action"), filed a motion to consolidate on February 8, 2011. The hearing on that motion was set for April 5, 2011 before the Honorable Howard R. Lloyd. After reassignment, this Court noticed the motion for a hearing date of May 12, 2011, with a Case Management Conference to follow.

1
Case No.: 10-CV-4092-LHK; Related Case No.: 11-CV-0529
ORDER DENYING MOTION TO SHORTEN TIME; SETTING EXPEDITED BRIEFING SCHEDULE

On March 25, 2011, Oceano moved to shorten time in both cases in order to have the motion to consolidate hearing on April 7, 2011. *See* Dkt. #35 in Dobler Action and Dkt. #27 in Oceano Action. These motions are DENIED.

In light of the continuance of the motion hearing after reassignment, however, the Court finds an expedited briefing schedule appropriate. Accordingly, any opposition to the motion to consolidate is due by Friday, April 8, 2011, and any reply is due by Friday, April 15, 2011. If no hearing is needed, the Court will issue a decision promptly after briefing is completed.

If all the parties consent to consolidation by stipulation, Oceano may withdraw its motion, and the Court will adopt the stipulation.

If the pending motions are resolved, either by an Order on the briefs or by stipulation, the Court will vacate the May 12, 2011 motion hearing, and only proceed with the May 12, 2011 Case Management Conference.

**IT IS SO ORDERED.**

Dated: March 30, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge