**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOBLER & SONS, LLC and SLO COUNTY ORGANICS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA ORGANICS, LLC; GEOFF MOUSSEAU; MICHAEL BARNES; DAN FANTZ; CALIFORNIA FARMS, INC.; MANJAR, INC.; and CALIFORNIA FARMS INVESTORS, LLC, <br><br> Defendants <br> _____ <br><br> OCEANO PACKING COMPANY, LLC., a California limited liability company; <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA ORGANICS, LLC, a California Limited Liability Company; GEOFF MOUSSEAU, an Individual; MICHAEL BARNES, an Individual; DAN FANTZ, an Individual; CALIFORNIA FARMS, INC., a California Corporation; MANJAR, INC., a California Corporation; and CALIFORNIA FARMS INVESTORS, LLC, a Delaware Limited Liability Company; <br><br> Defendants. <br> _____ | **CASE NO. 5:10-cv-04092-LHK** <br><br> **CASE NO. 5:11-cv-00529-LHK** <br><br> **ORDER TO CONSOLIDATE CASES PURSUANT TO STIPULATION** |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

That the actions of <u>Dobler & Sons, LLC, et al. v. California Organics, LLC, et al.</u>, United States District Court, Northern District of California Case No. 5:10-cv-04092-LHK and <u>Oceano Packing Company, LLC v. California Organics, LLC, et al.</u>, United States District Court, Northern District of California Case No. 5:11-cv-00529-LHK are hereby consolidated for purposes of scheduling pre-trial conferences, reports, discovery, discovery deadlines, and motions to the extent such motions involve the same or similar legal issues and facts and for the purpose of trial.

The pending motions to consolidate are DISMISSED AS MOOT, and the May 12, 2011 motion hearing is vacated. The May 12, 2011 case management conference remains as set.

**IT IS SO ORDERED.**

Dated: April 14, 2011

_____
U.S. DISTRICT COURT JUDGE, LUCY H. KOH