Marion I. Quesenbery, Cal. SBN 072308
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone:  (510) 705-8894
Facsimile:   (510) 705-8737
E-mail:  marion@rjlaw.com

Attorneys for Plaintiffs Dobler & Sons, LLC
and SLO County Organics, LLC

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOBLER & SONS, LLC, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CALIFORNIA ORGANICS, LLC, et al.,<br><br>          Defendants.<br><br>OCEANO PACKING COMPANY, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>CALIFORNIA ORGANICS, LLC, et al.,<br><br>          Defendants. | **CASE NO. 5:10-cv-04092-LHK**<br>**CASE NO. 5:11-cv-00529-LHK**<br><br>**PLAINTIFFS DOBLER & SONS AND SLO COUNTY ORGANICS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>**CMC Date:**  May 12, 2011<br>**CMC Time:**  1:30 p.m.<br>**CMC Location:**  Ctrm. 4, 5th Floor<br>**Before:  Honorable Lucy H. Koh** |

Plaintiffs Dobler & Sons, LLC and SLO County Organics, LLC respectfully request permission for their counsel, Marion I. Quesenbery, to appear telephonically at the Case

1   Management Conference on May 12, 2011 at 1:30 p.m. before the Honorable Lucy H. Koh.[1]

2   Date:  May 5, 2011                       RYNN & JANOWSKY, LLP

3                                            By:    /s/ Marion I. Quesenbery
                                                    Marion I. Quesenbery
4                                                   Attorneys for Plaintiffs Dobler & Sons, LLC
                                                    and SLO County Organics, LLC
5

6   **IT IS SO ORDERED AND APPROVED:**

7

8   Date:  _5/11/11                          _____
                                             U.S. District Court Judge Lucy H. Koh
9

---

[1]  Counsel has read the Court's instructions regarding telephonic appearances and apologizes for the delay in filing this Request.

REQUEST TO APPEAR TELEPHONICALLY AT CMC – Case Nos. 10-CV-04092LHK and 11-CV-00529LHK  – Page 2