UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOBLER & SONS LLC, ET AL., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> CALIFORNIA ORGANICS, LLC, ET AL., ) <br> ) <br> Defendants. ) <br> ) <br> OCEANO PACKING COMPANY, ET AL., ) <br> ) <br> Plaintiffs ) <br> v. ) <br> ) <br> CALIFORNIA ORGANICS LLC, ET AL., ) <br> ) <br> Defendants ) | Case No.: 10-CV-4092-LHK <br> Related Case No.: 11-CV-0529-LHK <br><br> ORDER SETTING BRIEFING SCHEDULE REGARDING PENDING MOTIONS |

On May 12, 2011, Plaintiff Oceano Packing Company ("Oceano") moved to strike the Answer of Defendants California Organics, LLC, Geoff Mousseau, Dan Fanz, and California Farms, Inc. *See* Dkt. #57 in Case Number 10-cv-04092-LHK. On May 26, 2011, Plaintiffs Dobler & Sons, LLC and SLO County Organics, LLC moved for leave to file an amended complaint. *See* Dkt. #63 in Case Number 10-cv-04092-LHK. Both motions are set for hearing on July 28, 2011. The Court finds an expedited briefing schedule appropriate for both motions.

1

Case No.: 10-CV-4092-LHK; Related Case No.: 11-CV-0529
ORDER SETTING BRIEFING SCHEDULE

Accordingly, any opposition to either motion is due by Wednesday, June 22, 2011, and any reply to either motion is due by Wednesday, June 29, 2011.

**IT IS SO ORDERED.**

Dated: June 1, 2011

_____
LUCY H. KOH
United States District Judge