Marion I. Quesenbery, Cal. SBN 072308
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
E-mail: marion@rjlaw.com

Attorneys for Plaintiffs
Dobler & Sons, LLC, SLO County Organics, LLC,
ASA Farms, Inc., and Braga Ranch, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOBLER & SONS, LLC; and SLO COUNTY ORGANICS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA ORGANICS, LLC; GEOFF MOUSSEAU; MICHAEL BARNES; DAN FANTZ; CALIFORNIA FARMS, INC.; MANJAR, INC.; and CALIFORNIA FARMS INVESTORS, LLC,<br><br>Defendants. | Case No. C 10-04092 LHK<br><br>**STIPULATION CONSENTING TO THE FILING OF PLAINTIFFS' SECOND AMENDED COMPLAINT and ORDER** |

Pursuant to Federal Rules of Civil Procedure 15(a)(2), Defendants California Organics, LLC, Geoff Mousseau, Michael Barnes, Dan Fantz, California Farms, Inc., and California Farms Investors, LLC[1] (collectively "Defendants") stipulate and consent to allow Plaintiffs to file a Second Amended Complaint (attached as Exhibit 1 to this Stipulation), which adds two new Plaintiffs (ASA Farms, Inc. and Braga Ranch, Inc., who are represented by the same counsel as

---

[1] Defendant Manjar, Inc. has not been served with Plaintiffs' Complaint, and consequently, consent is not required of it under Fed. R. Civ. P. 15.

STIPULATION CONSENTING TO FILING OF AMENDED COMPLAINT and ORDER
Case No. C 10-04092 LHK – Page 1

the current Plaintiffs), adds a new Defendant (America's Factor's, Inc.), and makes a few minor corrections. This same Second Amended Complaint is also attached as Exhibit B to Plaintiffs' Motion for Leave to Amend Plaintiffs' First Amended Complaint ("Motion"), which Plaintiffs filed on May 26, 2011 [docket #63].[2]  Given this Stipulation, the parties request that the hearing on the Motion – which is currently scheduled for July 28, 2011 at 1:30 p.m. (Docket # 65) – be vacated.

In addition, because many of the Defendants have previously filed Answers, Plaintiffs and Defendants request that, as to those Defendants who previously filed Answers only, the Court not require that they answer the Second Amended Complaint.  Rather, Plaintiffs and Defendants request that all denials, responses, and affirmative defenses to the First Amended Complaint contained in Defendants' Answers that are now on file shall be deemed responsive to the Second Amended Complaint, and any new allegations shall be deemed denied.  Of course, Defendants and Plaintiffs also stipulate that Defendants who currently have an Answer on file be allowed, if they choose to do so, to file an answer to the Second Amended Complaint.

Date:  May 31, 2011                    RYNN & JANOWSKY, LLP

                                       By:    /s/ Marion I. Quesenbery
                                              Marion I. Quesenbery
                                              Attorneys for Plaintiffs Dobler & Sons, LLC
                                              and SLO County Organics, LLC

---

[2]  Attached to the Motion as Exhibit A is a copy of Plaintiff's First Amended Complaint, which shows in blue-lining the changes between the First and the Second Amended Complaint.

1 | Date: May 31, 2011

LAW OFFICE OF CLYDE C. PEARCE

By: /s/ Clyde C. Pearce

Clyde C. Pearce
Attorney for Defendants Michael Barnes and
California Farms Investors, LLC

Date: May 31, 2011

GEORGE F. BRAUN, Attorney at Law

By: _____

George F. Braun
Attorney for Defendants California Organics, LLC
Geoff Mousseau, California Farms, Inc., and Dan
Fantz

"PURSUANT TO STIPULATION, IT IS SO ORDERED.

The hearing on Plaintiffs' Motion for Leave to Amend Plaintiffs' First Amended Complaint, which is currently scheduled for July 28, 2011, at 1:30 p.m., is vacated. Plaintiffs may file the Second Amended Complaint, which is attached to this Stipulation as Exhibit 1. In addition, in regard to Defendants who previously filed Answers, they are not required to answer the Second Amended Complaint. Rather, as to these Defendants only, all denials, responses, and affirmative defenses to the First Amended Complaint, which are contained in these Defendants' Answers that are now on file, they shall be deemed responsive to the Second Amended Complaint, and any new allegations shall be deemed denied; however; if they choose to do so, these Defendants may file an answer to the Second Amended Complaint.

Date: June __, 2011

_____
United States District Court Judge
Lucy H. Koh

STIPULATION CONSENTING TO FILING OF AMENDED COMPLAINT
Case No. C 10-04092 LHK – Page 3

| | | |
|---|---|---|
| 1 | Date: May 31, 2011 | LAW OFFICE OF CLYDE C. PEARCE |
| 2 | | |
| 3 | | By: _____<br>Clyde C. Pearce |
| | | Attorney for Defendants Michael Barnes and |
| 4 | | California Farms Investors, LLC |
| 5 | Date: May 31, 2011 | GEORGE F. BRAUN, Attorney at Law |
| 6 | | |
| | | By: _____ |
| 7 | | George F. Braun |
| | | Attorney for Defendants California Organics, LLC |
| 8 | | Geoff Mousseau, California Farms, Inc., and Dan Fantz |

"**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The hearing on Plaintiffs' Motion for Leave to Amend Plaintiffs' First Amended Complaint, which is currently scheduled for July 28, 2011, at 1:30 p.m., is vacated. Plaintiffs may file the Second Amended Complaint, which is attached to this Stipulation as Exhibit 1. In addition, in regard to Defendants who previously filed Answers, they are not required to answer the Second Amended Complaint. Rather, as to these Defendants only, all denials, responses, and affirmative defenses to the First Amended Complaint, which are contained in these Defendants' Answers that are now on file, they shall be deemed responsive to the Second Amended Complaint, and any new allegations shall be deemed denied; however, if they choose to do so, these Defendants may file an answer to the Second Amended Complaint.

Date: June ___, 2011

_____
United States District Court Judge
Lucy H. Koh

| | | |
|---|---|---|
| 1 | Date: May 31, 2011 | LAW OFFICE OF CLYDE C. PEARCE |
| 2 | | |
| 3 | | By: _____<br>Clyde C. Pearce |
| 4 | | Attorney for Defendants Michael Barnes and<br>California Farms Investors, LLC |
| 5 | Date: May 31, 2011 | GEORGE F. BRAUN, Attorney at Law |
| 6 | | |
| 7 | | By: _____<br>George F. Braun |
| 8 | | Attorney for Defendants California Organics, LLC<br>Geoff Mousseau, California Farms, Inc., and Dan Fantz |

**"PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The hearing on Plaintiffs' Motion for Leave to Amend Plaintiffs' First Amended Complaint, which is currently scheduled for July 28, 2011, at 1:30 p.m., is vacated. Plaintiffs may file the Second Amended Complaint, which is attached to this Stipulation as Exhibit 1. In addition, in regard to Defendants who previously filed Answers, they are not required to answer the Second Amended Complaint. Rather, as to these Defendants only, all denials, responses, and affirmative defenses to the First Amended Complaint, which are contained in these Defendants' Answers that are now on file, shall be deemed responsive to the Second Amended Complaint, and any new allegations shall be deemed denied; however; if they choose to do so, these Defendants may file an answer to the Second Amended Complaint.

Date: June 29, 2011

*Lucy H. Koh*
_____
United States District Court Judge
Lucy H. Koh

LAW OFFICES
RYNN & JANOWSKY, LLP
P.O. BOX 20799
OAKLAND, CALIFORNIA 94620
(510) 705-8894
FAX (510) 705-8737

STIPULATION CONSENTING TO FILING OF AMENDED COMPLAINT
Case No. C 10-04092 LHK – Page 3