Christopher S. Hall, # 203901
Kathleen Cerniglia, # 268019
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Defendant
AMERICA'S FACTORS, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOBLER & SONS, LLC and SLO COUNTY ORGANICS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA ORGANICS, LLC; GEOFF MOUSSEAU; MICHAEL BARNES; DAN FANTZ; CALIFORNIA FARMS, INC.; MANJAR, INC.; and CALIFORNIA FARMS INVESTORS, LLC,<br><br>Defendants.<br><br>AND RELATED ACTION. | Case No. 5:10-cv-04092-LHK<br>Case No. 5:11-cv-00529-LHK<br><br>**DEFENDANT AMERICA'S FACTORS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO STRIKE HEARING; [PROPOSED] ORDER THEREON**<br><br>**Date:** July 28, 2011<br>**Time:** 1:30 p.m.<br>**Ctrm:** 4, 5th Floor<br>**Before:** Honorable Lucy H. Koh |

Defendant America's Factors, Inc., respectfully requests permission to appear telephonically by and through its counsel, Kathleen Cerniglia at Oceano Packing Company, LLC's Motion to Strike hearing set for July 28, 2011 at 1:30 p.m. before the Honorable Lucy H. Koh.

| | |
|---|---|
| Dated: July 18, 2011 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By: _____/s/ Kathleen Cerniglia_____
Christopher S. Hall
Kathleen Cerniglia
Attorneys for Defendant
AMERICA'S FACTORS, INC.

**[PROPOSED] ORDER**

**IT IS SO ORDERED AND APPROVED:**

The Court hereby orders that Defendant America's Factors, Inc., may appear telephonically at Oceano Packing Company, LLC's Motion to Strike hearing.

Date:  __July 18, 2011.

_[signature: Lucy H. Koh]_
Lucy H. Koh, Judge
United States District Court, Northern Div.

03643/00000-1774407.v1