United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                                   UNITED STATES DISTRICT COURT
9                                  NORTHERN DISTRICT OF CALIFORNIA
10                                            SAN JOSE DIVISION

11  DOBLER & SONS LLC, ET AL.,                )   Case No.: 10-CV-4092-LHK
                                               )   Related Case No.: 11-CV-0529-LHK
12                      Plaintiffs,            )
       v.                                      )   ORDER GRANTING UNOPPOSED
13                                             )   MOTION TO STRIKE ANSWER
    CALIFORNIA ORGANICS, LLC, ET AL.,          )
14                                             )   (re: dkt. #57)
                        Defendants.            )
15  _____        )
     OCEANO PACKING COMPANY, ET AL.,           )
16                                             )
                        Plaintiffs             )
17     v.                                      )
                                               )
18  CALIFORNIA ORGANICS LLC, ET AL.,           )
                                               )
19                      Defendants             )
    _____

20
21      On May 11, 2011, Defendants California Organics, LLC, Geoff Mousseau, Dan Fantz, and
22  California Farms filed an Answer to the First Amended Complaint of Plaintiff Oceano Packing
23  Company ("Oceano"). *See* Dkt. #55. Attorney George F. Braun, California State Bar Number
24  141952, is listed as counsel for these four Defendants (collectively "Braun Defendants"). Oceano
25  moves to strike the Answer of the Braun Defendants. Pursuant to Civil Local Rule 7-1(b), the
26  Court deems this matter appropriate for resolution without oral argument and vacates the July 28,
27  2011 motion hearing.
28

1
Case No.: 10-CV-4092-LHK; Related Case No.: 11-CV-0529
ORDER GRANTING MOTION TO STRIKE ANSWER

1    Oceano argues that, at the time of the filing of the Braun Defendants' Answer, Mr. Braun
2  was not eligible to practice law in California.  *See* Ocean Mot. to Strike Answer at 4 ("the website
3  for the State Bar of California lists attorney George Frederick Braun with the same address and
4  California State Bar Number listed on the answer as 'not eligible to practice law.'").  On June 1,
5  2011, the Court issued a briefing schedule, providing that any opposition Ocean's motion to strike
6  should have been filed by June 22, 2011.  As of the date of this Order, no opposition has been filed.
7  On June 29, 2011, Oceano filed a short reply, pointing out that no opposition has been filed.

8    Civil Local Rule 11-1(a) provides that: "only members of the bar of this Court may practice
9  in this Court.  The bar of this Court consists of attorneys of good moral character who are *active*
10 *members* in good standing of the bar of this Court prior to the effective date of these local rules and
11 those attorneys who are admitted to membership after the effective date." (emphasis added)  Civil
12 Local Rule 11-1(b) states that "an applicant for admission to membership in the bar of this Court
13 must be an attorney who is an *active member* in good standing of the State Bar of California."
14 (emphasis added)  On May 11, 2011, at the time of the filing of the Answer for the Braun
15 Defendants, Attorney George F. Braun was not an "active member" of the California Bar and was
16 not eligible to practice law in California.  However, it does appear from the California State Bar
17 website that, as of May 23, 2011, Mr. Braun's status changed to "active" and eligible to practice
18 law in California.  This change in status does not excuse Mr. Braun's filing of a pleading during a
19 time in which he was not eligible to practice law in California.  *See United States v. Benoit*, 2011
20 U.S. Dist. LEXIS 64731, *9 (S.D. Cal. June 16, 2011) ("emphasizing that attorneys must, at all
21 times, meet the highest standards of professional conduct.  Practicing before this Court absent an
22 active state bar membership is clearly prohibited.").  Thus, the Court agrees with Oceano that the
23 Braun Defendants' May 11, 2011 Answer should be stricken.

24   Accordingly, the Court GRANTS Oceano's unopposed motion [dkt. #57] to strike the
25 Answer of the Braun Defendants.  The July 28, 2011 motion hearing is vacated.

26 **IT IS SO ORDERED.**

27 Dated: July 24, 2011

   *Lucy H. Koh*
   _____
   LUCY H. KOH
   United States District Judge

2

Case No.: 10-CV-4092-LHK; Related Case No.: 11-CV-0529
ORDER GRANTING MOTION TO STRIKE ANSWER