1

2

3

4

5

6

7

8

9

10

11

12

13

14

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOBLER & SONS, LLC; SLO COUNTY ORGANICS, LLC; ASA FARMS, INC.; and BRAGA RANCH, INC. | **Case No. 5:10-cv-04092-LHK** |
| | **Related Case No. 5:11-cv-00529-LHK** |
| Plaintiffs, | **[~~PROPOSED~~] ORDER ON MOTION TO ENLARGE TIME** |
| v. | |
| CALIFORNIA ORGANICS, LLC; GEOFF MOUSSEAU; MICHAEL BARNES; DAN FANTZ; CALIFORNIA FARMS, INC.; MANJAR, INC.; CALIFORNIA FARMS INVESTORS, LLC; and AMERICA'S FACTORS, INC. | **FRCP 16; L.R. 6-3** |
| Defendants | |
| _____ | |
| AND RELATED ACTION. | |
| _____ | |

//

Oceano Packing Co., LLC v. California Organics, LLC, et al.                    Order on Motion to Enlarge Time
Case Number: 5:11-cv-00529-LHK                    1

1      This matter comes before the Court on Plaintiffs OCEANO PACKING COMPANY, LLC;

2  DOBLER & SONS, LLC; SLO COUNTY ORGANICS, LLC; ASA FARMS, INC.; and BRAGA

3  RANCH, INC., and Defendants MICHAEL BARNES and CALIFORNIA FARMS INVESTORS, LLC

4  Motion to Enlarge Time on the discovery cut-off currently set for October 31, 2011.  The Court, having

5  fully considered the papers and pleadings on file and submitted in support of the Motion, and good cause

6  appearing,

7      IT IS ORDERED THAT the fact discovery cut-off currently set for October 31, 2011 in the above

8  referenced consolidated actions is extended up to and including November 7, 2011, for the sole purpose

9  of completing the deposition of the PMK of Manjar.

10     IT IS FURTHER ORDERED THAT no other deadlines in either of the above referenced cases are

11  altered by this order.

12     SO ORDERED.

13

14
   Dated: October 28, 2011
15                                          U.S. DISTRICT COURT JUDGE,
                                            HONORABLE KOH
16

17

18

19

20

21

22

23

24

25

26

27

28

Oceano Packing Co., LLC v. California Organics, LLC, et al.                    Order on Motion to Enlarge Time
Case Number: 5:11-cv-00529-LHK                        2