| | |
|---|---|
| Christopher S. Hall, # 203901<br>Kathleen Cerniglia, # 268019<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:     (559) 433-1300<br>Facsimile:      (559) 433-2300<br><br>Attorneys for Defendant<br>AMERICA'S FACTORS, INC. | (SPACE BELOW FOR FILING STAMP ONLY) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOBLER & SONS, LLC and SLO COUNTY ORGANICS, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>CALIFORNIA ORGANICS, LLC; GEOFF MOUSSEAU; MICHAEL BARNES; DAN FANTZ; CALIFORNIA FARMS, INC.; MANJAR, INC.; and CALIFORNIA FARMS INVESTORS, LLC,<br><br>  Defendants. | Case No.  5:10-cv-04092-LHK<br><br>Case No.  5:11-cv-00529-LHK<br><br>**STIPULATED REQUEST FOR DISMISSAL, WITH PREJUDICE, OF DEFENDANT AMERICA'S FACTORS, INC. AND [PROPOSED] ORDER THEREON** |
| OCEANO PACKING COMPANY, LLC, a California limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>CALIFORNIA ORGANICS, LLC, a California Limited Liability Company; GEOFF MOUSSEAU, an Individual; MICHAEL BARNES, an Individual; DAN FANTZ, an Individual; CALIFORNIA FARMS, INC., a California Corporation; CALIFORNIA FARMS INVESTORS, LLC, a Delaware Limited Liability Company; and AMERICA'S FACTORS, INC., a California Corporation,<br><br>  Defendants. | |

**IT IS HEREBY STIPULATED**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that all claims asserted in cases 5:10-cv-04092-LHK and 5:11-cv-00529-LHK by Plaintiffs against Defendant America's Factors, Inc. (and only Defendant America's Factors, Inc.) are hereby dismissed with prejudice.

Dated: October 20, 2011              MCCORMICK, BARSTOW, SHEPPARD,
                                     WAYTE & CARRUTH, LLP


                                     By:      /s/ Kathleen D. Cerniglia
                                           Christopher S. Hall
                                           Kathleen D. Cerniglia
                                           Attorneys for Defendant
                                           AMERICA'S FACTORS, INC.

Dated: October 12, 2011              RYNN & JANOWSKY, LLP


                                     By:      /s/ Marion Quesenbery
                                           Marion Quesenbery
                                           Attorneys for Plaintiffs
                                           DOBLER & SONS, LLC; SLO COUNTY
                                           ORGANICS, LLC; ASA FARMS, INC.; and
                                           BRAGA RANCH, INC.

Dated: October 17, 2011              ANASTASSIOU & ASSOCIATES


                                     By:      /s/ Effie F. Anastassiou
                                           Effie F. Anastassiou
                                           Attorneys for Plaintiff
                                           OCEANO PACKING, CO., LLC.

Dated: October 12, 2011              GEORGE BRAUN, ATTORNEY AT LAW


                                     By:        /s/ George Braun
                                           George Braun
                                           Attorneys for Defendants
                                           CALIFORNIA ORGANICS, LLC; GEOFF
                                           MOUSSEAU; DAN FANTZ; and
                                           CALIFORNIA FARMS, INC.

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
STIPULATED REQUEST FOR DISMISSAL OF AMERICA'S FACTORS, INC.; [PROPOSED] ORDER
5:11-CV-00529-LHK 5:10-CV-04092-LHK

| | | |
|---|---|---|
| 1 | Dated: October 13, 2011 | PATANE GUMBERG, LLP |
| 2 | | |
| 3 | | By: /s/ Andrea C. Avila |
| 4 | | Andrea C. Avila<br>Jennifer C. Owens |
| 5 | | Attorneys for Defendant/Cross-Complainant |
| 6 | | MANJAR, INC. |
| 8 | Dated: October 24, 2011 | LAW OFFICE OF CLYDE C. PEARCE |
| 11 | | By: /s/ Clyde C. Pearce |
| 12 | | Clyde C. Pearce<br>Attorney for Defendants<br>MICHAEL BARNES and CALIFORNIA FARMS INVESTORS, LLC |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 28, 2011

_____
Hon. Lucy H. Koh
UNITED STATES DISTRICT COURT JUDGE

03643/00000-1814833.v1