| | |
|---|---|
| Christopher S. Hall, # 203901<br>Kathleen Cerniglia, # 268019<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:  (559) 433-1300<br>Facsimile:  (559) 433-2300<br><br>Attorneys for Defendant<br>AMERICA'S FACTORS, INC. | (SPACE BELOW FOR FILING STAMP ONLY) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOBLER & SONS, LLC and SLO COUNTY ORGANICS, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>CALIFORNIA ORGANICS, LLC; GEOFF MOUSSEAU; MICHAEL BARNES; DAN FANTZ; CALIFORNIA FARMS, INC.; MANJAR, INC.; and CALIFORNIA FARMS INVESTORS, LLC,<br><br>        Defendants. | Case No.  5:10-cv-04092-LHK<br><br>Case No.  5:11-cv-00529-LHK<br><br>**STIPULATED REQUEST FOR DISMISSAL, WITH PREJUDICE, OF DEFENDANT AMERICA'S FACTORS, INC. AND [PROPOSED] ORDER THEREON** |
| OCEANO PACKING COMPANY, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA ORGANICS, LLC, a California Limited Liability Company; GEOFF MOUSSEAU, an Individual; MICHAEL BARNES, an Individual; DAN FANTZ, an Individual; CALIFORNIA FARMS, INC., a California Corporation; CALIFORNIA FARMS INVESTORS, LLC, a Delaware Limited Liability Company; and AMERICA'S FACTORS, INC., a California Corporation,<br><br>        Defendants. | |

1  **IT IS HEREBY STIPULATED**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that all claims asserted in cases 5:10-cv-04092-LHK and 5:11-cv-00529-LHK by Plaintiffs against Defendant America's Factors, Inc. (and only Defendant America's Factors, Inc.) are hereby dismissed with prejudice.

Dated: October 20, 2011

        MCCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH, LLP

By:   /s/ Kathleen D. Cerniglia
      Christopher S. Hall
      Kathleen D. Cerniglia
      Attorneys for Defendant
      AMERICA'S FACTORS, INC.

Dated: October 12, 2011

        RYNN & JANOWSKY, LLP

By:   /s/ Marion Quesenbery
      Marion Quesenbery
      Attorneys for Plaintiffs
      DOBLER & SONS, LLC; SLO COUNTY ORGANICS, LLC; ASA FARMS, INC.; and BRAGA RANCH, INC.

Dated: October 17, 2011

        ANASTASSIOU & ASSOCIATES

By:   /s/ Effie F. Anastassiou
      Effie F. Anastassiou
      Attorneys for Plaintiff
      OCEANO PACKING, CO., LLC.

Dated: October 12, 2011

        GEORGE BRAUN, ATTORNEY AT LAW

By:   /s/ George Braun
      George Braun
      Attorneys for Defendants
      CALIFORNIA ORGANICS, LLC; GEOFF MOUSSEAU; DAN FANTZ; and CALIFORNIA FARMS, INC.

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATED REQUEST FOR DISMISSAL OF AMERICA'S FACTORS, INC.; [PROPOSED] ORDER
5:11-CV-00529-LHK 5:10-CV-04092-LHK

Dated: October 13, 2011            PATANE GUMBERG, LLP

By:     /s/ Andrea C. Avila
Andrea C. Avila
Jennifer C. Owens
Attorneys for Defendant/Cross-Complainant
MANJAR, INC.

Dated: October 24, 2011            LAW OFFICE OF CLYDE C. PEARCE

By:     /s/ Clyde C. Pearce
Clyde C. Pearce
Attorney for Defendants
MICHAEL BARNES and CALIFORNIA FARMS INVESTORS, LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 28, 2011

_____
Hon. Lucy H. Koh
UNITED STATES DISTRICT COURT JUDGE

03643/00000-1814833.v1