1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOBLER & SONS, LLC and SLO COUNTY ORGANICS, LLC,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CALIFORNIA ORGANICS, LLC; GEOFF MOUSSEAU; MICHAEL BARNES; DAN FANTZ; CAIFORNA FARMS, INC., MANJAR, INC.; and CALIFORNIA FARMS INVESTORS, LLC,<br><br>        Defendants.<br><br><br><br>OCEANO PACKING COMPANY, LLC, a California limited liability company,<br><br>        Plaintiff, | Case No.: 5:10-CV-04092 LHK ("Dobler")<br><br>Case No.: 5:11-CV-00529 LHK ("Oceano")<br><br>~~[PROPOSED]~~ ORDER ON MOTION TO ENLARGE TIME |

~~Proposed~~ Order
*Oceano Packing Co. v. California Organics*
*Case No. 5:11 CV-00529-LHK*
*Case No. 5:10 CV-04092-LHK*                                  − 1

|   |   |   |
|---|---|---|
| 1 | vs. | ) |
| 2 | CALIFORNIA ORGANICS, LLC; a | ) |
| 3 | California limited liability company; GEOFF MOUSSEAU; an individual; | ) |
| 4 | MICHAEL BARNES, an individual; DAN FANTZ, an individual; CAIFORNIA | ) |
| 5 | FARMS, INC., a California corporation; | ) |
| 6 | MANJAR, INC., a California corporation; and CALIFORNIA FARMS INVESTORS, | ) |
| 7 | LLC, a Delaware limited liability company, | ) |
| 8 |   | ) |
| 9 | Defendants. | ) |

This matter comes before the Court on Defendants MICHAEL BARNES and CALIFORNIA FARMS INVESTORS, LLC ("Barnes/CFI") Motion to Enlarge Time on the discovery cut-off currently set for October 31, 2011.

This matter having been fully considered and proof having been made to the satisfaction of the Court that the motion ought in furtherance of justice, be granted.

IT IS ORDERED that the fact discovery cut-off currently set for November 7, 2011 int eh above-referenced consolidated actions is extended up to and including November 15, 2011, for the sole purpose of completing the deposition of Bertha Martinez.

IT IS FURTHER ORDERED that no other deadlines in either of the above referenced cases are altered by this order.

SO ORDERED.

DATED: November 7, 2011

*Lucy H. Koh*
Honorable Lucy Koh,
United States District Court Judge

~~Proposed~~ Order
*Oceano Packing Co. v. California Organics*
*Case No. 5:11 CV-00529-LHK*
*Case No. 5:10 CV-04092-LHK*                    - 2