Effie F. Anastassiou, Esq. (SBN 96279)
David J. Lola, Esq. (SBN 231190)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California  93902
Telephone:  (831) 754-2501
Facsimile:   (831) 754-0621

Attorneys for OCEANO PACKING COMPANY, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOBLER & SONS, LLC; SLO COUNTY ORGANICS, LLC; ASA FARMS, INC.; and BRAGA RANCH, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA ORGANICS, LLC; GEOFF MOUSSEAU; MICHAEL BARNES; DAN FANTZ; CALIFORNIA FARMS, INC.; MANJAR, INC.; CALIFORNIA FARMS INVESTORS, LLC; and AMERICA'S FACTORS, INC.<br><br>Defendants<br>_____<br><br>AND RELATED ACTION.<br>_____ | **Case No. 5:10-cv-04092-LHK**<br><br>**Related Case No. 5:11-cv-00529-LHK**<br><br>**[PROPOSED] ORDER ON MOTION TO ENLARGE TIME TO FILE DISPOSITIVE MOTIONS**<br><br>**L.R. 6-3** |

    This matter comes before the Court on Plaintiff OCEANO PACKING COMPANY, LLC's Motion to Enlarge Time to File Dispositive Motions.  The Court, having fully considered the papers and pleadings on file and submitted in support of the Motion, and good cause appearing,

    IT IS ORDERED THAT the deadline to file dispositive motions currently set for November 17, 2011 is hereby vacated.

//

IT IS FURTHER ORDERED THAT the parties shall propose prompt new case deadlines in their Joint Case Management Statement, due November 30, 2011, and that a new case schedule will be set at the December 7, 2011 Case Management Conference.

1
2     SO ORDERED.
3
4     Dated: __November 14___, 2011      *Lucy H. Koh*
5                                                   U.S. DISTRICT COURT JUDGE,
                                                HONORABLE KOH

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28