1  Effie F. Anastassiou, Esq. (SBN 96279)
   ANASTASSIOU& ASSOCIATES
2  242 Capitol Street
   Post Office Box 2210
3  Salinas, California 93902
   Telephone: (831) 754-2501
4  Facsimile: (831) 754-0621

5  Attorneys for Plaintiff, OCEANO PACKING COMPANY, LLC

6

7

8                    IN THE UNITED STATES DISTRICT COURT

       FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
9

10 DOBLER & SONS, LLC; SLO COUNTY          )  **Case No. 5:10-cv-04092-LHK**
   ORGANICS, LLC; ASA FARMS, INC.; and     )
11 BRAGA RANCH, INC.                        )  **Related Case No. 5:11-cv-00529-LHK**
                                            )
12        Plaintiffs,                       )  **STIPULATION   REGARDING
                                            )  DEPOSITION OF DAN FANTZ; AND
13        v.                                )  ~~[PROPOSED]~~ ORDER THEREON**
                                            )
14 CALIFORNIA ORGANICS, LLC; GEOFF          )
   MOUSSEAU; MICHAEL BARNES; DAN            )
15 FANTZ; CALIFORNIA FARMS, INC.;           )
   MANJAR, INC.; CALIFORNIA FARMS           )
16 INVESTORS, LLC; and AMERICA'S            )
   FACTORS, INC.                            )
17                                          )
          Defendants                        )
18 _____         )
                                            )
19 AND RELATED ACTION.                      )
                                            )
20 _____         )

21        IT IS HEREBY STIPULATED by and between the undersigned parties that:

22        WHEREAS, the deposition of Defendant DAN FANTZ ("DAN FANTZ") was on calendar to

23 commence on October 31, 2011 at Anastassiou & Associates, 242 Capitol St., Salinas, CA 93901

24 ("FANTZ DEPO");

25        WHEREAS, the FANTZ DEPO did not commence as scheduled because DAN FANTZ was unable

26 to attend the FANTZ DEPO because of a business emergency;

27        WHEREAS, the undersigned parties wish to schedule a mutually convenient date to conduct the

28 FANTZ DEPO on or before November 18, 2011, since the parties were unable to schedule the FANTZ

1 DEPO on a mutually convenient date prior to the discovery cut-off which occurred on October 31, 2011;

2     Therefore, IT IS HEREBY STIPULATED that the undersigned parties request that the court

3 extend the discovery cut-off date of October 31, 2011 to allow the FANTZ DEPO to take place after the

4 fact discovery cut-off of October 31, 2011 but on or before November 18, 2011;

5     SO STIPULATED.

6

7 Dated: November 3, 2011                 ANASTASSIOU & ASSOCIATES

8                                      By: _____

9                                        Effie K. Anastassiou, Esq.
                                     Attorneys for Plaintiff,

10                                      OCEANO PACKING, CO., LLC.

11 Dated: November ___, 2011             RYNN & JANOWSKY

12

13                                        By: _____
                                     Marion Quesenbery, Esq.

14                                      Attorneys for Plaintiffs,
                                     DOBLER & SONS, LLC; SLO COUNTY

15                                      ORGANICS, LLC; ASA FARMS, INC.; and
                                     BRAGA RANCH, INC.

16

17 Date: November __4__, 2011           LAW OFFICE OF CLYDE C. PEARCE

18                                      By: _____

19                                        Clyde C. Pearce, Esq.
                                     Attorney for Defendants MICHAEL BARNES and

20                                      CALIFORNIA FARMS INVESTORS, LLC

21

22 Date: November __4__, 2011           GEORGE F. BRAUN, Attorney at Law

23

24                                    By: _____
                                     George F. Braun, Esq.

25                                      Attorneys for Defendants CALIFORNIA
                                     ORGANICS, LLC GEOFF MOUSSEAU,

26                                      CALIFORNIA FARMS, INC., DAN FANTZ,
                                     JAMES ROBERTS, and GREG O'NEILL

27

28

1  DEPO on a mutually convenient date prior to the discovery cut-off which occurred on October 31, 2011;

2      Therefore, IT IS HEREBY STIPULATED that the undersigned parties request that the court

3  extend the discovery cut-off date of October 31, 2011 to allow the FANTZ DEPO to take place after the

4  fact discovery cut-off of October 31, 2011 but on or before November 18, 2011;

5      SO STIPULATED.

6

7  Dated: November 3, 2011                ANASTASSIOU & ASSOCIATES

8                        By: _____

9                            Elie K. Anastassiou, Esq.
                          Attorneys for Plaintiff,

10                            OCEANO PACKING, CO., LLC.

11  Dated: November ___, 2011             RYNN & JANOWSKY

12                        By: _____

13                            Marion Quesenbery, Esq.
                          Attorneys for Plaintiffs,

14                            DOBLER & SONS, LLC; SLO COUNTY
                          ORGANICS, LLC; ASA FARMS, INC.; and

15                            BRAGA RANCH, INC.

16

17  Date: November ___, 2011              LAW OFFICE OF CLYDE C. PEARCE

18                        By: _____

19                            Clyde C. Pearce, Esq.
                          Attorney for Defendants MICHAEL BARNES and

20                            CALIFORNIA FARMS INVESTORS, LLC

21

22  Date: November ____, 2011             GEORGE F. BRAUN, Attorney at Law

23                        By: _____

24                            George F. Braun, Esq.
                          Attorneys for Defendants CALIFORNIA

25                            ORGANICS, LLC GEOFF MOUSSEAU,
                          CALIFORNIA FARMS, INC., DAN FANTZ,

26                            JAMES ROBERTS, and GREG O'NEILL

27

28

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that the deposition of DAN FANTZ is allowed to continue after the currently scheduled fact discovery cut-off of October 31, 2011, but must be completed on or before November 18, 2011.

SO ORDERED.

Dated: _November 14, 2011_

_Lucy H. Koh_

Honorable Lucy H. Koh
United States District Court Judge
Northern District of California

F:\OCA\California Organics\Discovery\Stip re FANTZ Depo.wpd