| | |
|---|---|
| 1 | Effie F. Anastassiou, Esq. (SBN 96279)<br>ANASTASSIOU & ASSOCIATES |
| 2 | 242 Capitol Street<br>Post Office Box 2210 |
| 3 | Salinas, California 93902<br>Telephone: (831) 754-2501 |
| 4 | Facsimile: (831) 754-0621 |
| 5 | Attorneys for Plaintiff, OCEANO PACKING COMPANY, LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

DOBLER & SONS, LLC; SLO COUNTY ORGANICS, LLC; ASA FARMS, INC.; and BRAGA RANCH, INC.

    Plaintiffs,

v.

CALIFORNIA ORGANICS, LLC; GEOFF MOUSSEAU; MICHAEL BARNES; DAN FANTZ; CALIFORNIA FARMS, INC.; MANJAR, INC.; CALIFORNIA FARMS INVESTORS, LLC; and AMERICA'S FACTORS, INC.

    Defendants

AND RELATED ACTION.

Case No. 5:10-cv-04092-LHK

Related Case No. 5:11-cv-00529-LHK

STIPULATION REGARDING DEPOSITION OF DAN FANTZ; AND [PROPOSED] ORDER THEREON

IT IS HEREBY STIPULATED by and between the undersigned parties that:

WHEREAS, the deposition of Defendant DAN FANTZ ("DAN FANTZ") was on calendar to commence on October 31, 2011 at Anastassiou & Associates, 242 Capitol St., Salinas, CA 93901 ("FANTZ DEPO");

WHEREAS, the FANTZ DEPO did not commence as scheduled because DAN FANTZ was unable to attend the FANTZ DEPO because of a business emergency;

WHEREAS, the undersigned parties wish to schedule a mutually convenient date to conduct the FANTZ DEPO on or before November 18, 2011, since the parties were unable to schedule the FANTZ

DEPO on a mutually convenient date prior to the discovery cut-off which occurred on October 31, 2011;

Therefore, IT IS HEREBY STIPULATED that the undersigned parties request that the court extend the discovery cut-off date of October 31, 2011 to allow the FANTZ DEPO to take place after the fact discovery cut-off of October 31, 2011 but on or before November 18, 2011;

SO STIPULATED.

Dated: November 3, 2011

ANASTASSIOU & ASSOCIATES

By: _____
Effie F. Anastassiou, Esq.
Attorneys for Plaintiff,
OCEANO PACKING, CO., LLC.

Dated: November ___, 2011

RYNN & JANOWSKY

By: _____
Marion Quesenbery, Esq.
Attorneys for Plaintiffs,
DOBLER & SONS, LLC; SLO COUNTY ORGANICS, LLC; ASA FARMS, INC.; and BRAGA RANCH, INC.

Date: November 4, 2011

LAW OFFICE OF CLYDE C. PEARCE

By: _____
Clyde C. Pearce, Esq.
Attorney for Defendants MICHAEL BARNES and CALIFORNIA FARMS INVESTORS, LLC

Date: November 4, 2011

GEORGE F. BRAUN, Attorney at Law

By: _____
George F. Braun, Esq.
Attorneys for Defendants CALIFORNIA ORGANICS, LLC GEOFF MOUSSEAU, CALIFORNIA FARMS, INC., DAN FANTZ, JAMES ROBERTS, and GREG O'NEILL

DEPO on a mutually convenient date prior to the discovery cut-off which occurred on October 31, 2011;

Therefore, IT IS HEREBY STIPULATED that the undersigned parties request that the court extend the discovery cut-off date of October 31, 2011 to allow the FANTZ DEPO to take place after the fact discovery cut-off of October 31, 2011 but on or before November 18, 2011;

SO STIPULATED.

Dated: November 3, 2011  ANASTASSIOU & ASSOCIATES

By: _____
Elie K. Anastassiou, Esq.
Attorneys for Plaintiff,
OCEANO PACKING, CO., LLC.

Dated: November ___, 2011  RYNN & JANOWSKY

By: _____
Marion Quesenbery, Esq.
Attorneys for Plaintiffs,
DOBLER & SONS, LLC; SLO COUNTY ORGANICS, LLC; ASA FARMS, INC.; and BRAGA RANCH, INC.

Date: November ___, 2011  LAW OFFICE OF CLYDE C. PEARCE

By: _____
Clyde C. Pearce, Esq.
Attorney for Defendants MICHAEL BARNES and CALIFORNIA FARMS INVESTORS, LLC

Date: November ___, 2011  GEORGE F. BRAUN, Attorney at Law

By: _____
George F. Braun, Esq.
Attorneys for Defendants CALIFORNIA ORGANICS, LLC GEOFF MOUSSEAU, CALIFORNIA FARMS, INC., DAN FANTZ, JAMES ROBERTS, and GREG O'NEILL

# ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that the deposition of DAN FANTZ is allowed to continue after the currently scheduled fact discovery cut-off of October 31, 2011, but must be completed on or before November 18, 2011.

SO ORDERED.

Dated: November 14, 2011

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court Judge
Northern District of California

F:\OCA\California Organics\Discovery\Stip re FANTZ Depo.wpd