Effie F. Anastassiou, Esq. (SBN 96279)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California  93902
Telephone:  (831) 754-2501
Facsimile:   (831) 754-0621
*Attorneys for OCEANO PACKING COMPANY, LLC*

Marion I. Quesenbery, Esq. (SBN 072308)
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
*Attorneys for Plaintiffs, DOBLER & SONS, LLC; SLO COUNTY ORGANICS, LLC; ASA FARMS, INC.; and BRAGA RANCH, INC.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOBLER & SONS, LLC; SLO COUNTY ORGANICS, LLC; ASA FARMS, INC.; and BRAGA RANCH, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA ORGANICS, LLC; GEOFF MOUSSEAU; MICHAEL BARNES; DAN FANTZ; CALIFORNIA FARMS, INC.; MANJAR, INC.; CALIFORNIA FARMS INVESTORS, LLC; and AMERICA'S FACTORS, INC.<br><br>Defendants<br>_____<br><br>AND RELATED ACTION.<br>_____ | **Case No. 5:10-cv-04092-LHK**<br><br>**Related Case No. 5:11-cv-00529-LHK**<br><br>**[~~PROPOSED~~] ORDER ON MOTION TO ENLARGE TIME**<br><br>As Amended by the Court<br><br>**FRCP 6(b); L.R. 6-3** |

This matter comes before the Court on Plaintiffs OCEANO PACKING COMPANY, LLC ("Oceano"); DOBLER & SONS, LLC; SLO COUNTY ORGANICS, LLC; ASA FARMS, INC.; and BRAGA RANCH, INC. (collectively, the "Dobler Plaintiffs") Motion to Enlarge Time to oppose Motions for Summary Judgment filed by Defendant MANJAR, INC. ("Manjar").  The Court, having fully considered the papers and pleadings on file and submitted in support of the Motion, ~~and good cause appearing~~, and in opposition, and good cause appearing,

1  IT IS ORDERED THAT the deadline for Oceano and the Dobler Plaintiffs to file their oppositions
2  to the Motions for Summary Judgement, which were filed by Manjar on February 16, 2012 in each of the
3  above referenced cases, is hereby extended up to and including ~~March 22, 2012.~~ March 15, 2012.

4  IT IS FURTHER ORDERED THAT the deadline for Manjar to file its replies to the oppositions
5  in each of the above referenced cases is hereby extended up to and including ~~April 12, 2012.~~ April 5, 2012

6  IT IS FURTHER ORDERED THAT no other deadlines in either of the above referenced cases are
7  altered by this order.

8  SO ORDERED.

9  Dated: February 29, 2012

*Lucy H. Koh*
U.S. DISTRICT COURT JUDGE,
HONORABLE LUCY M. KOH

13  F:\OCA\California Organics\Pleadings\Motion for Summary Judgment against OCEANO\Motion to Enlarge Time\Proposed Order.wpd

Oceano Packing Co., LLC v. California Organics, LLC, et al.      [~~Proposed~~] Order on Motion to
Case Number: 5:11-cv-00529-LHK                                    Enlarge Time to Oppose MSJs