**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11   DOBLER & SONS, LLC, et al.,                )   Case No.: 10-CV-04092-LHK
                                                )   Related Case No.: 11-CV-00529-LHK
12                      Plaintiffs,             )
        v.                                      )   ORDER STAYING CASES AND
13                                              )   REFERRING CASES TO
     CALIFORNIA ORGANICS, LLC, et al.,          )   BANKRUPTCY COURT
14                                              )
                       Defendants.              )   (re: dkt. #155)
15                                              )
                                                )
16   OCEANO PACKING COMPANY, et al.,            )
                                                )
17                      Plaintiffs              )
        v.                                      )
18                                              )
     CALIFORNIA ORGANICS, LLC, et al.,          )
19                                              )
                       Defendants               )
20

21        On March 14, 2012, California Organics, LLC ("California Organics") filed a "Notice of

22   Removal of Civil Action to the United States Bankruptcy Court." *See* ECF No. 155.  Removal is a

23   procedure for removing state actions to federal court and therefore does not apply here, as the two

24   above-captioned matters are already pending in federal district court.  *See* 28 U.S.C. §§ 1441,

25   1446, 1452.  California Organics' improper "Notice of Removal," however, alerted the Court to the

26   fact that on February 9, 2012, California Organics filed a petition for relief under chapter 11 of title

27   11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*  *See* ECF No. 155 at 4.

28

                                                   1
     Case No.: 10-CV-04092-LHK; Related Case No.: 11-CV-00529-LHK
     ORDER STAYING CASES AND REFERRING CASES TO BANKRUPTCY COURT

United States District Court
For the Northern District of California

1    Pursuant to § 362(a) of the Bankruptcy Code, the filing of a bankruptcy petition operates as

2    an automatic stay of all pending judicial proceedings.  Accordingly, this action is STAYED

3    pending resolution of the bankruptcy proceedings in Bankruptcy Court, and all pending Court

4    deadlines are hereby VACATED, including, specifically, the following in Case No. 10-cv-04092-

5    LHK: (1) Settlement Conference, scheduled for March 22, 2012, before Magistrate Judge Howard

6    R. Lloyd, *see* ECF No. 147; (2) Oceano Packing Company, LLC's Motion to Dismiss

7    Counterclaims by Summar Financial, LLC, set for hearing on April 26, 2012, *see* ECF No. 118; (3)

8    Manjar, Inc.'s Motion to Dismiss the Cross-Claim of Michael Barnes and California Farms

9    Investors, LLC, set for hearing on April 26, 2012, *see* ECF No. 137; (4) Dobler & Sons, LLC; SLO

10   County Organics, LLC; ASA Farms, Inc; and Braga Ranch, Inc.'s Motion for Leave to Amend

11   Plaintiffs' Third Amended Complaint, set for hearing on April 26, 2012, *see* ECF No. 141; (5)

12   Manjar, Inc.'s Motion for Summary Judgment, or in the Alternative, for Partial Summary

13   Judgment, as to Dobler & Sons Plaintiffs, set for hearing on April 26, 2012, *see* ECF No. 146; and

14   (6) Case Management Conference, set for April 26, 2012, *see* ECF No. 154; as well as the

15   following in Related Case No. 11-cv-00529-LHK: (7) Oceano Packing Company, LLC's Motion

16   for Leave to Amend Plaintiffs' Second Amended Complaint, set for hearing on April 26, 2012, *see*

17   ECF No. 134; (8) Manjar, Inc.'s Motion for Summary Judgment, or in the Alternative, for Partial

18   Summary Judgment, as to Plaintiff Oceano Packing Company, set for hearing on April 26, 2012,

19   *see* ECF No. 149; (9) Summar Financial, LLC's Application for Determination of Good Faith

20   Settlement Pursuant to Cal. Civ. Code § 877, *see* ECF No. 156; and (10) Case Management

21   Conference, set for April 26, 2012, *see* ECF No. 158.

22   Furthermore, the Court finds that the two above-captioned matters (1) are civil proceedings

23   related to California Organic's case under title 11, and (2) were pending in the District Court on the

24   date California Organic's title 11 case was filed, and are thus suitable for reference to the

25   Bankruptcy Judges of this District.[1]  *See* 28 U.S.C. § 157(a); B.L.R. 5011-1(b).  Accordingly, the

26   two above-captioned matters are hereby referred to the Bankruptcy Court.

27

28   _____

[1] Pursuant to 28 U.S.C. § 157(c)(1), "[a] bankruptcy judge may hear a proceeding that is not a core proceeding but that is otherwise related to a case under title 11."  "An action is related to

2

Case No.: 10-CV-04092-LHK; Related Case No.: 11-CV-00529-LHK
ORDER STAYING CASES AND REFERRING CASES TO BANKRUPTCY COURT

1    **IT IS SO ORDERED.**

2

3    Dated: March 19, 2012

     *Lucy H. Koh*

     LUCY H. KOH
4    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    bankruptcy if the outcome could alter the debtor's rights, liabilities, options, or freedom of action
      (either positively or negatively) and which in any way impacts upon the handling and
      administration of the bankrupt estate." *In re Fietz*, 852 F.2d 455, 457 (9th Cir. 1988) (adopting
28    *Pacor, Inc. v. Higgins*, 743 F.2d 984, 994 (3d Cir. 1984)) (quotation marks omitted).

3

Case No.: 10-CV-04092-LHK; Related Case No.: 11-CV-00529-LHK
ORDER STAYING CASES AND REFERRING CASES TO BANKRUPTCY COURT

United States District Court
For the Northern District of California