UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOBLER & SONS, LLC, et al.,<br><br>  Plaintiffs,<br>  v.<br><br>CALIFORNIA ORGANICS, LLC, et al.,<br><br>  Defendants.<br>———————————————————<br>OCEANO PACKING COMPANY, et al.,<br><br>  Plaintiffs<br>  v.<br><br>CALIFORNIA ORGANICS, LLC, et al.,<br><br>  Defendants | ) Case No.: 10-CV-04092-LHK<br>) Related Case No.: 11-CV-00529-LHK<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On March 19, 2012, the Court issued an Order Staying Cases and Referring Cases to Bankruptcy Court ("Order").  *See* ECF No. 158 in Case No. 10-cv-04092-LHK; ECF No. 162 in Case No. 11-cv-00529-LHK.  Pursuant to that Order, all pending motions in both of the above-captioned cases are terminated, and the Clerk shall administratively close both case files.  Counsel may re-file any motions before the Bankruptcy Court, if necessary.

**IT IS SO ORDERED.**

Dated: April 25, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04092-LHK; Related Case No.: 11-CV-00529-LHK
ORDER TERMINATING PENDING MOTIONS